**DENNIS M. CHARNEY** ISB# 4610
P.O. Box 171
Ten Sleep, WY
Telephone: (208) 938-9500
Email: dennischarney@gmail.com

*Attorney for Defendant Community Connections Incorporated*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DORINDA J. THOMPSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY CONNECTIONS INCORPORATED, an Idaho Corporation,<br><br>Defendant. | Case No. 2:19-cv-00300-CWD<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** |

## I. PRELIMINARY STATEMENT AND CAUSE FOR REMOVAL

Without submitting to the jurisdiction of this Court and without waiving any available defenses, Defendant Community Connections Incorporated ("CCI") hereby removes this action from the First Judicial District Court of Kootenai County, Idaho to the United States District Court for the District of Idaho because a federal question necessitates such a removal. In support of this Notice of Removal, CCI states as follows:

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**—1

## II. INTRODUCTION

1. Plaintiffs filed a Class Action Complaint ("Complaint") in the First Judicial District Court of Kootenai County, Idaho on May 10th, 2019. A true and correct copy of the Complaint is attached hereto as Exhibit A. CCI was served with Plaintiffs' Complaint July 18, 2019. (Exhibit B, Sate Court Docket).

## III. NOTICE OF REMOVAL IS TIMELY

2. This Notice is filed within one year of the commencement of this action.

3. CCI files this Notice within 30 days of service of Plaintiff's Complaint on July 18, 2019. Thus, Notice of Removal is timely under 28 U.S.C. § 1446(b)(1).

## IV. THIS COURT HAS FEDERAL QUESTION JURISDICTION

4. Because this action involves substantial federal issues foundational to the complaint, the district court should have original jurisdiction. (28 U.S.C. § 1331). See *Franchise Tax Board* v. *Construction Laborers Vacation Trust,* 463 U. S. 1 (1983). To begin with, Plaintiff's First Cause of Action, arises, she alleges, from the Fair Labor Standards Act (Exhibit A, ¶ 3.2 and see 29 U.S. Code § 216(b). The Second Cause of Action also cites to federal law, albeit generally, by alleging that the unlawful deductions were "in violation of state and federal law." Here, both causes of action have a basis in federal law; however, even if only one cause of action presents an independent and independently sufficient claim for relief, then whether that claim "arises under" federal law within the meaning of §1331 must be determined without reference to any other claims. *Se*e *Mine Workers v. Gibbs*, 383 U. S. 715 (1966).

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT—2**

5. This court also has jurisdiction because the Plaintiff's claims are contract-based, and the contract specifies that any claims arising under the contract should be tried in federal or state court within Ada County. For example, in ¶ 4.4 of the Complaint, the Plaintiff alleges that "[a]ny deductions from paychecks based upon a perceived violation of a noncompete agreement is a violation of state law regarding lawful payroll deductions."

That noncompete agreement between the Plaintiff and Defendant is attached as Exhibit D and specify that claims should be tried in Ada County. Paragraph 4.3 states as follows:

> **Governing Law; Jurisdiction; Venue; Attorney Fees.** This agreement shall be governed by the laws of the State of Idaho, without regard to its conflict-of-laws rules. The parties consent to the exclusive jurisdiction and venue of the federal and state courts located in Ada County, Idaho, for the litigation of any disputes arising under or related to this Agreement. In any such litigation, the prevailing party shall be entitled to receive its reasonable attorney fees and costs of court from the other party.

Because those contract terms specify that any claims related to the non-compete agreement shall be adjudicated in Ada County, this court has the jurisdiction to adjudicate these claims.

## V. PROCEDURAL COMPLIANCE

6. In accordance with 28 U.S.C. § 1446(a), attached as exhibits hereto are:

**EXHIBIT A:** Class Action Complaint

**EXHIBIT B:** State Court Docket (Affidavit of Service Date included)

**EXHIBIT C:** State Court Notice: Notice of the filing of this Notice of Removal is being served on Plaintiffs' counsels of record, and a copy of this Notice of Removal will be promptly filed with the Clerk of the District Court of Kootenai County, Idaho. See 28 U.S.C. § 1446(d).

## VI. CONCLUSION

Because a substantial federal question exists and the contract-based claims specify that claims be adjudicated in courts in Ada County, this court has jurisdiction over this action. Therefore, CCI gives notice that the matter be removed to the U.S. District Court for the District of Idaho.

DATED THIS 2nd day of August, 2019.

                                                /s/ Dennis M. Charney
                                                DENNIS M. CHARNEY
                                                *Attorney for Defendant*
                                                *Community Connections Incorporated*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of August 2019, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties or counsel to be notified electronically, as more fully reflected in the Notice of Electronic Filing:

Kammi Mencke Smith, Attorney for the Plaintiff
kms@winstoncashatt.com

       /s/ Dennis M. Charney
Dennis M. Charney
*Attorney for Defendant*

**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT—5**