KAMMI MENCKE SMITH
ISB No. 7834
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
250 Northwest Boulevard, Suite 206
Coeur d'Alene, Idaho 83814
Telephone: (208) 667-2103
Facsimile: (208) 765-2121
E-mail: kms@winstoncashatt.com

Attorneys for Plaintiff, Dorinda J. Thompson

UNITED STATES DISTRICT COURT, DISTRICT OF IDAHO, BOISE DIVISION

| | |
|---|---|
| DORINDA J. THOMPSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMMUNITY CONNECTIONS INCORPORATED, an Idaho corporation,<br><br>Defendant. | Case No.2:19-cv-0300-BRW<br><br>CIVIL<br><br>JOINT MOTION FOR APPOROVAL OF FLSA COLLECTIVE ACTION AND STATE LAW CLASS ACTION SETTLEMENT, AND APPROVAL OF SETTLEMENT NOTICE |

**I.    Introduction.**

This Joint Motion for Approval of FLSA Collective Action and State Law Class Action Claims ("Stipulation") is made by Dorinda J. Thompson (the "Named Plaintiff") on behalf of herself and as representative of the "Class Members" as defined herein, on the one hand, and the Defendant, Community Connections Incorporated, an Idaho Corporation ("CCI"), on the other hand, in the currently pending action, and subject to the approval of the U.S. District Court.

PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT
PAGE 1

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103

## II. Procedural History.

The Action was filed by Plaintiff in Idaho District Court on May 10, 2019 alleging miscalculation of overtime pay as a violation of the Fair Labor Standards Act (FLSA), and unlawful payroll deductions as a violation of Idaho wage statutes. Upon CCI's request, the matter was removed to U.S. District Court on August 2, 2019. CCI answered the Plaintiff's Complaint on August 6, 2019, (Doc. No. 6).

During the course of litigation the parties engaged in discovery, the formulation of litigation plans, motion practice, and settlement discussions. Following extensive negotiations, they reached a resolution, subject to this Court's approval, which resolves the litigation in full, including Plaintiff's collective action claims, class action claims, class representative fees, and attorney fees.

## III. Relief Requested.

The parties request this Court, for purposes of settlement only, appoint Kammi Mencke Smith of Winston & Cashatt, Lawyers as class counsel and certify a collective action and class action Settlement class as follows:

> All prior and current hourly employees of CCI from March 8, 2018 until October 31, 2018, who either 1) were improperly paid overtime wages, or 2) had improper deductions taken from their wages.

The parties request this Court preliminarily approve the Stipulated Settlement Agreement ("Settlement"), and Notice to the class members. The parties believe the Settlement is fair, reasonable, and adequate and they request an Order from this Court confirming the same.

The Parties request that CCI be appointed to administer the sending of the Notices and Settlement checks as outlined in the Settlement Agreement.

After class members have an opportunity to object, the parties will then request Final

PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT
PAGE 2

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103

Approval of the Settlement Agreement.

Upon notice and an accounting to this Court, at a later date, of the payment of all settlement amounts, the parties request that the case be dismissed with prejudice.

DATED this __19th__ day of June, 2020.

/s/ Kammi Mencke Smith
KAMMI MENCKE SMITH, ISB. No. 7834
WINSTON & CASHATT, LAWYERS

/s/ Peter C. Erbland
PETER C. ERBLAND, ISB No. 2456
LAKE CITY LAW GROUP, PLLC

PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT
PAGE 3

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of June, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following person:

    Peter C. Erbland
    perbland@lclattorneys.com

    /s/  Abigail Evans
    Paralegal

PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
PAGE 4

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
250 Northwest Blvd., Suite 206
Coeur d' Alene, Idaho 83814
Phone: (208) 667-2103